# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

CHRISTINA MARIE GOODWIN,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2018

SEAN F. McAVOY, CLERK

Civil Action No. 2:17-cv-152-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Report and Recommendation (ECF No. 22) is ADOPTED in its entirety.
Plaintiff's Motion for Summary Judgment (ECF No. 19) is DENIED.
Defendant's Motion for Summary Judgment (ECF No. 20) is GRANTED.
The decision of the ALJ is affirmed. Judgment entered in favor of Defendant and against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a Report and Recommendation (ECF No. 22) to deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's Motion of Summary Judgment.

Date: 05/31/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates